UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTONIO HANDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00058-JPH-DLP |
| | ) |
| WEXFORD MEDICAL SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### RULE 7.1 DISCLOSURE STATEMENT

Defendant, WEXFORD OF INDIANA, LLC, in compliance with Federal Rule 7.1, hereby states as follows:

1. Wexford of Indiana, LLC is a wholly owned subsidiary of The Bantry Group Corporation. The Bantry Group Corporation owns 100% of Wexford of Indiana, LLC. All entities are private, and therefore are not publicly held corporations.

Respectfully submitted,

KATZ KORIN CUNNINGHAM PC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
**KATZ KORIN CUNNINGHAM PC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100
Fax (317) 464-1111
Email: dbitner@kkclegal.com
*Counsel for Defendant Wexford of Indiana, LLC*

## CERTIFICATE OF SERVICE

I certify that on **May 25, 2021**, a copy of the foregoing *Rule 7.1 Disclosure Statement* was filed electronically using the Court's electronic filing system (CM/ECF). A copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

Antonio D. Handley (IDOC # 998126)
**WABASH VALLEY CORRECTIONAL FACILITY**
Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838
***PRO SE***

*/s/ Douglass R. Bitner*
Douglass R. Bitner