UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTONIO HANDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00058-JPH-DLP |
| | ) |
| WEXFORD MEDICAL SERVICES, *et al*., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE OF INITIAL DISCLOSURES

NOW COME the Defendants, ADRINA MCDONALD, MICHAEL A. MITCHEFF, D.O., AMY WRIGHT, DON, AND WEXFORD OF INDIANA, LLC, by their attorney DOUGLASS R. BITNER of KATZ KORIN CUNNINGHAM PC, file this notice that their Rule 26 Initial Disclosures were served on the Plaintiff today via U.S. First Class Mail.

Dated: 9/14/2021

Respectfully submitted,

KATZ KORIN CUNNINGHAM PC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
**KATZ KORIN CUNNINGHAM PC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100
Fax (317) 464-1111
Email: dbitner@kkclegal.com
*Counsel for Defendants Adrina McDonald,*
*Michael A. Mitcheff, D.O., Amy Wright, DON, and*
*Wexford of Indiana, LLC*

**CERTIFICATE OF SERVICE**

I certify that on **September 14, 2021**, a copy of the foregoing was filed electronically using the Court's electronic filing system (CM/ECF).  I certify a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

Antonio D. Handley (IDOC # 998126)
**WABASH VALLEY CORRECTIONAL FACILITY**
Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
Carlisle, IN 47838
***PRO SE***

                                                 */s/ Douglass R. Bitner*
                                                 Douglass R. Bitner