UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTONIO HANDLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>WEXFORD MEDICAL SERVICES,<br>DR. DENNIS LEWTON, OD,<br>Dr. MICHAEL MITCHEFF, DO,<br>NURSE AMY WRIGHT, DON,<br>NURSE ADRINA MCDONALD, MRC<br><br>    Defendants. | Case No. 2:21-cv-00058-JPH-DLP |

## **APPEARANCE OF COUNSEL**

To:   The clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for <u>DENNIS LEWTON, O.D.</u>

Date:  October 6, 2021                                        Respectfully submitted,

                                                            */s/ Alex M. Beeman*
                                                            Alex M. Beeman (Atty No. 31222-49)
                                                            REMINGER CO., L.P.A.
                                                            College Park Plaza
                                                            8909 Purdue Road, Suite 200
                                                           Indianapolis, IN 46268
                                                           Tel: (317) 663-8570
                                                           Fax: (317) 228-0943
                                                           Email: abeeman@reminger.com

## CERTIFICATE OF SERVICE

I certify that on October 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Douglass R. Bitner
KATZ KORIN CUNNINGHAM PC
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
dbitner@kkclegal.com
*Counsel for Defendants Wexford Medical Services, Dr. Michael Mitcheff, DO, Nurse Amy Wright, DON, Nurse Adrina McDonald*

I further certify that on October 6, 2021, a copy of the foregoing was mailed by U.S. Postal Service, first-class mail, postage prepaid, to the following non-CM/ECF participant:

Antonio Handley
#998126
Wabash Correctional Facility
6908 S. Old U.S. Hwy 41
P.O. Box 1111
Carlisle, IN 47838-1111

>	*/s/ Alex M. Beeman*
>	Alex M. Beeman (Atty No. 31222-49)
>	REMINGER CO., L.P.A.