UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTONIO HANDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00058-JPH-MKK |
| | ) |
| WEXFORD HEALTH SOURCES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Antonio Handley's motion to dismiss a previously filed motion for extension of time, dkt. [107], is **denied as moot**. The Court granted Mr. Handley's motion for extension of time on January 30, 2023. Dkt. 104.

Mr. Handley's motion for extension of time to respond to the defendants' summary judgment reply, dkt. [109], is **denied**. "A party opposing a summary judgment motion may file a surreply brief only if the movant cites new evidence in the reply or objects to the admissibility of the evidence cited in the response." S.D. Ind. L.R. 56-1(d). Mr. Handley's motion does not indicate why a surreply is necessary or appropriate.

The defendants' summary judgment motions are fully briefed, and the Court will resolve them in due course.

**IT IS SO ORDERED.**

Date: 2/28/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

ANTONIO HANDLEY
998126
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Austin Ryan Andreas
Bleeke Dillon Crandall, P.C.
austin@bleekedilloncrandall.com

Alex Maurice Beeman
REMINGER CO. LPA (Evansville)
abeeman@reminger.com

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com