UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ANTONIO HANDLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00058-JPH-MKK |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| NAVEEN RAJOLI, | ) | |
| MICHAEL MITCHEFF, | ) | |
| AMY WRIGHT, | ) | |
| MCDONALD, | ) | |
| CENTURION HEALTH OF INDIANA, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Alex M. Beeman's Motion to

Withdraw His Attorney Appearance on Behalf of Dennis Lewton, Dkt. [114]. The

Court, having considered the matter, hereby **GRANTS** said Motion. Dennis Lewton

was dismissed as a Defendant on August 23, 2022 and accordingly terminated from

the docket. (Dkt. 80). The appearance of Alex M. Beeman is hereby withdrawn shall

be **TERMINATED** from the docket.

So ORDERED.

Date: 5/22/2023

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ANTONIO HANDLEY
998126
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only