UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTONIO HANDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00058-JPH-MKK |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MICHAEL MITCHEFF Dr., RMD, MD., | ) |
| | ) |
| Defendants. | ) |

To:  Benjamin Ellis, HKM Employment Attorneys LLP

**ORDER OF RECRUITMENT OF COUNSEL PURSUANT TO LOCAL RULE 87**

The Court hereby appoints Benjamin Ellis to represent the plaintiff in the above action pursuant to Local Rule 87. This representation shall continue until final judgment is entered unless otherwise modified by written order.

This Order serves as recruited counsel's appearance under Local Rule 83-7(a) on behalf of the plaintiff effective seven days from the date this order is docketed, unless relief from the appointment is granted. The seven days is tolled while any motion to withdraw is pending. Counsel should not file a separate Notice of Appearance.[1]

This Order is made pursuant to Local Rule 87 and the General Order regarding requests for prepayment or reimbursement of expenses for counsel

---

[1] Similarly, any attorneys who want to assist recruited counsel in this action may not file a Notice of Appearance and instead MUST file a Motion to Appoint Additional Recruited Counsel along with a proposed order, both of which can be found on the court's website at http://www.insd.uscourts.gov/pro-bono-opportunities.

1

appearing pursuant to Local Rule 87. Additional information on resources available to recruited counsel is available at http://www.insd.uscourts.gov/pro-bono-opportunities. If recruited counsel seeks the Court's assistance in obtaining professional liability insurance for this representation, they should contact the Court as soon possible at recruitedcounsel@insd.uscourts.gov.

**SO ORDERED.**

Date: 8/31/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANTONIO HANDLEY
998126
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

All electronically registered counsel