UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTONIO HANDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-00058-JPH-MKK |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| MICHAEL MITCHEFF, | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

The Court, *sua sponte*, sets this matter for a telephonic status conference on **Friday, October 6, 2023, at 10:30 a.m. (Eastern)**. The purpose of the conference shall be to discuss case status. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Date: 9/18/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

ANTONIO HANDLEY
998126
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only